IRWIN WEINBERG, Plaintiff-Appellant, *v.* IRVING RESNICK, Defendant-Appellee.

(No. 54862;

First District—July 14, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE ADESKO.

Echt, Getzoff & Rothbart, of Chicago, (Edward Clair and Byron M. Getzoff, of counsel,) for appellant.

Collen & Kessler, of Chicago, (Ralph J. Mendelsohn, of counsel,) for appellee.